**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| THEODORE AND CHERYL TROSETH | : | No. 249 EAL 2022 |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | : | |
| CARSON HELICOPTERS HOLDINGS CO., | : | |
| INC., CARSON HELICOPTERS, INC. AND | : | |
| HELIGROUP FIRE, LLC | : | |
| | : | |
| | : | |
| PETITION OF: HELIGROUP FIRE, LLC | : | |

## <u>ORDER</u>

**PER CURIAM**

  **AND NOW**, this 25th day of April, 2023, the Petition for Allowance of Appeal is **DENIED**.